UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-25434-CIV-ALTONAGA/Reid

BRIDLINGTON BUD LTD,

        *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

        *Defendants*.

_____/

**CERTIFICATE OF SERVICE**
**NOTICE OF PRELIMINARY INJUNCTION HEARING**

    I hereby certify that on December 15, 2025, I sent an email to all Defendants identified on Schedule A, using the email addresses provided by third-party e-commerce platforms. The email notified Defendants that the Court has scheduled a hearing on the Motion for Preliminary Injunction for January 5, 2026, at 8:30 a.m., at the United States Courthouse located at 400 North Miami Avenue, Courtroom 13-3, in Miami, Florida.

    The relevant documents [DE 18 & 19] were attached to the email, and the following link was also included in the email: https://cloud.palmerlawgroup.com/index.php/s/bBZmwuiP0wZ522G.

December 15, 2025.
                                                        Respectfully submitted,

                                                        /s/ Andrew J. Palmer
                                                        Andrew J. Palmer
                                                       Palmer Law Group, P.A.
                                                       401 E Las Olas Blvd, Suite 1400
                                                       Fort Lauderdale, FL 33301
                                                       Phone: 954-771-7050
                                                       ajpalmer@palmerlawgroup.com
                                                       ***Attorney for Plaintiff***